**PRUDENTIAL LOCATIONS LLC, a Hawaii limited liability company, Plaintiff–Appellant,**

v.

**U.S. DEPARTMENT OF HOUSING AND HONOLULU URBAN DEVELOPMENT, Defendant–Appellee.**

No. 09–16995.

United States Court of Appeals, Ninth Circuit.

Jan. 18, 2012.

Jason H. Kim, Paul D. Alston, Esquire, Alston, Hunt, Floyd & Ing, Honolulu, HI, for Plaintiff–Appellant.

Steve Frank, U.S. Department of Justice, Washington, DC, Thomas A. Helper, Assistant U.S., Office of the U.S. Attorney, Honolulu, HI, for Defendant–Appellee.

D.C. No. 1:09–cv–00128–SOM–KSC, District of Hawaii, Honolulu.

Before: A. WALLACE TASHIMA, WILLIAM A. FLETCHER, and MARSHA S. BERZON, Circuit Judges.

## ORDER

The petition for panel rehearing is GRANTED. The opinion in the above-captioned matter filed on June 9, 2011, and published at 648 F.3d 768, is VACATED.

The panel will issue a further order regarding the time and place of argument

and the issues to be addressed at argument.

IT IS SO ORDERED.